UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN, | No.  2:16-cv-2696-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SOUTH LAKE TAHOE, et al., | |
| Defendants. | |

   Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1), but has failed to submit a certified trust account statement.  According to plaintiff, "the Sheriff refuses to sign any certified statement."  ECF No. 10.

   Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."  Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

   Accordingly, the court will afford plaintiff a third opportunity to submit the required trust account statement.  If plaintiff is unable to comply with this order, he must submit to the court a

1

1  copy of his request for a copy of his certified trust account statement along with any response
2  received from jail officials.   Failure to comply with this order within 30 days will result in a
3  recommendation of dismissal.  The Clerk of the court is directed to send to plaintiff a new form
4  Application to Proceed In Forma Pauperis by a Prisoner.
5      So ordered.
6  Dated:  January 17, 2017.
7      EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE