UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN, | No. 2:16-cv-2696-WBS-EFB P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CITY OF LAKE TAHOE, et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 3, 2017, the court dismissed plaintiff's complaint and granted him thirty days within which to file an amended complaint. ECF No. 17. Thereafter, plaintiff requested a sixty day extension of time to file an amended complaint. *See* ECF No. 19 (citing other litigation and limited supplies as reasons for request). On August 30, 2017, the court granted plaintiff's request, making his amended complaint due on October 29, 2017. ECF No. 20. Plaintiff now seeks to stay these proceedings on the grounds that he has an upcoming criminal trial and jail officials have destroyed his legal papers and taken his legal supplies. ECF No. 21.

A party seeking a stay must make out a clear case of hardship or inequity in being required to go forward. *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005). This is not a clear case of hardship. The deadline for filing an amended complaint has already been

1

extended to October 29, 2017, which appears to provide plaintiff ample time to prepare and file an amended complaint.[1] If plaintiff's access to legal supplies is denied such that he requires a further extension of time to file an amended complaint, he may file another request before the current deadline expires. Thus, it is not necessary to stay these proceedings.

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion to stay (ECF No. 21) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 3, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Indeed, filing an amended complaint should not require extensive research. Nor should it include legal citations or unnecessarily detailed factual allegations. Rather, plaintiff need only state the factual allegations which give rise to his claims for relief. The court notes further that it is not a repository for plaintiff's evidence and he need not file documentary evidence in support of his claims unless it is necessary for the resolution of a motion.