UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN, | No. 2:16-cv-2696-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CITY OF LAKE TAHOE, et al., | |
| Defendants. | |

Plaintiff's motion to stay (Docket Nos. 21 & 23) is GRANTED. This action is stayed six months to May 14, 2018. Plaintiff shall file his Amended Complaint on or before that date. If he fails to do so, this action will be dismissed in accordance with the magistrate judge's order of August 3, 2017 (Docket No. 17).

IT IS SO ORDERED.

Dated: November 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1